According to the principles of law as instructed by the Court and the facts as you find them, please answer the following questions (*CIRCLE YES OR NO*):



**Question 1:** Did plaintiff prove by a preponderance of the credible evidence that he was qualified to serve as a full duty police officer?

**YES**

**NO** →

**Conclusion: You have reached a verdict for defendant.**

**Please answer the Question 3 on the next page for information purposes only,** then report your verdict to the Court. The foreperson must also sign and date the box at the bottom of the next page.

**Question 2:** Did plaintiff prove by a preponderance of the credible evidence that he suffered an adverse employment action by being assigned to restricted duty as a police officer?

**YES**

**NO** →

**Please proceed to Question 3 on the next page**

★ **LONG ISLAND OFFICE**

*Court Exhibit #9*
*5/18/2016*

VERDICT SHEET: Hoey v. County of Nassau, 12-CV-4935(GRB)

**Question 3 (Affirmative Defense):** Did defendant prove by a preponderance of the credible evidence that plaintiff would pose a direct threat to the health and safety of himself or others if assigned as a full duty police officer?

**YES**

**Conclusion: You have reached a verdict for defendant.**

Please report your verdict to the Court. Do **not** answer any further questions. The foreperson must sign and date the box at the bottom of the following page.

**NO**

**Conclusion: If you have answered YES to Questions 1 and 2, and NO to Question 3, you have reached a verdict for plaintiff.** Proceed to Question 4.

**Question 4 (Damages):** Please set forth the amount of damages that plaintiff should recover for:

Past Economic Damages:    $80,000

and

Emotional Harm/Pain & Suffering:   $49,500    **OR**   Nominal Damages: _____ ($1 or less)

Please sign and date the Verdict Sheet, and then advise the Court by note that you have reached a verdict and are ready to announce that verdict in the courtroom.

FOREPERSON:



FOREPERSON'S SIGNATURE

Dated: Central Islip, NY
May 18, 2016.

VERDICT SHEET: Hoey v. County of Nassau, 12-CV-4935(GRB)

2