# *LEEDS BROWN LAW, P.C.*

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

*Attorneys at Law*


December 19, 2019

*Via ECF*

Honorable Judge Gary R. Brown
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Status Letter and Request for Conference**
**Hoey v. County of Nassau**
**12-cv-04935**

Dear Judge Brown:

We represent the Plaintiff in the above matter. Pursuant to the Court's Order, this letter is submitted to provide an update on the matter's status.

On September 19, 2019, the parties appeared before the Court for a settlement/charge conference, where the case was settled in principle. Since then, the parties have been unable to agree on terms of a settlement agreement. I am dubious that the parties will be able to agree on terms without the Court's assistance. Therefore, we respectfully request that the Court set this matter for a conference. If the parties agree on terms before a scheduled conference, we will notify the Court immediately.

Thank you for your consideration of this request.

Respectfully submitted,

Andrew Costello