LEVENTHAL, MULLANEY & BLINKOFF, LLP
ATTORNEYS AT LAW
15 REMSEN AVENUE
ROSLYN, NEW YORK 11576
TELEPHONE: (516) 484-5440
FACSIMILE: (516) 484-2710

STEVEN G. LEVENTHAL
THOMAS J. MULLANEY
JEFFREY L. BLINKOFF

January 22, 2020

Honorable Gary R. Brown
United States Magistrate Judge
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722-9014

Re: Hoey v. County of Nassau, 12-cv-04935(GRB)

Dear Judge Brown:

On December 19, 2019, plaintiff's counsel requested that the Court schedule a conference to discuss the status of the settlement in this matter. A conference was scheduled for tomorrow, January 23 at 2 PM. In the weeks that followed, counsel continued to confer and have now resolved the differences that prompted plaintiff's request for a conference. Therefore, it is respectfully requested that tomorrow's conference be cancelled. This request is made with the request of plaintiff's counsel.

Further, we are filing today an executed Stipulation of Settlement, that we respectfully request be "so ordered" by the Court. It is our intention to submit the "so ordered" stipulation of settlement and a separately executed Settlement Agreement to the County Legislature for its approval.

Thank you for your courtesy and consideration.

Very truly yours,

/s/
Steven G. Leventhal

cc: Rick Ostrove, Esq. (via ECF)