UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER HOEY,

Plaintiff, 12-cv-04935 (GRB)

-against- STIPULATION OF SETTLEMENT

COUNTY OF NASSAU,

Defendant.
-----------------------------------------------------------X

It is hereby stipulated by and between Counsel that this action is settled.

Therefore, it is ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated.

Dated:

LEEDS BROWN LAW, P.C.
*Attorney for Plaintiff*

By: ______________________

Dated: 1/21/20

JARED KASSCHAU,
County Attorney
*Attorney for County Defendant*

By: ______________________ 1/22/20
LEVENTHAL, MULLANEY &
BLINKOFF, LLP

______________________
SO ORDERED:
U.S. MAGISTRATE JUDGE