***LEEDS BROWN LAW, P.C.***
One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

*Attorneys at Law*

July 17, 2020

*Via ECF*

Honorable Judge Gary R. Brown
United Stated District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Hoey v. County of Nassau**
**12-cv-04935**

Dear Judge Brown:

This office represents the Plaintiff in the above referenced matter. On January 15, 2020, the parties executed a settlement agreement. On January 22, 2020, Defendant filed a letter with this Court requesting that the court conference scheduled for January 23, 2020 be cancelled in light of same. (Dkt. 112.) Along with that letter, Defendant also filed a stipulation of settlement, without prejudice to the right to reopen the action if the settlement was not consummated. (Dkt. 113.) Defendant's letter noted that it was their intention to submit the stipulation and a separately executed settlement agreement to the legislature for its approval. (Dkt. 112.) On January 22, 2020, this Court granted Defendant's request:

> ELECTRONIC ORDER granting 112 Motion to Adjourn Conference. The conference scheduled for January 23, 2020 is hereby ADJOURNED without date. The 133 Stipulation of discontinuance is SO ORDERED. Barring any further requests for an extension within 180 days of this order, this dismissal shall deemed with prejudice. The Clerk of the Court is directed to close the case. Ordered by Judge Gary R. Brown on 1/22/2020. c/ecf (Yim, Kevin) Modified on 1/23/2020 (McMorrow, Karen). (Entered: 01/22/2020)

On June 18, 2020, defense counsel advised that the County was not currently processing settlements due to the pandemic, and did not know when the process would resume. On July 16, 2020, defense counsel advised that the status remained unchanged. Accordingly, we respectfully request that the Court extend the date in which this case may be reopened, schedule a status

conference, and order that Defendant provide a detailed letter regarding the status and plan for the county legislature's consideration of this settlement. If the parties agree on terms before a scheduled conference, we will notify the Court immediately.

Thank you for your attention to this matter.

Respectfully submitted,

LEEDS BROWN LAW P.C.

Andrew Costello

Andrew Costello

Cc: Opposing Counsel (Via ECF)