LEVENTHAL, MULLANEY & BLINKOFF, LLP
ATTORNEYS AT LAW
15 REMSEN AVENUE
ROSLYN, NEW YORK 11576
TELEPHONE: (516) 484-5440
FACSIMILE: (516) 484-2710

August 14, 2020

Hon. Gary R. Brown
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4438

Re: Hoey v. County of Nassau *et ano*. 2:12-cv-04935-GRB

Dear Judge Brown:

This is written in response to the Court's electronic order of August 10, 2020 directing that the defendants respond by this date to plaintiff's August 7, 2020 letter motion requesting a telephone conference and an extension of time to consummate the settlement in this matter.

As we advised plaintiff's counsel, the proposed settlement and supporting documents were fully submitted to the County Legislature on March 4, 2020. The Legislature has not calendared any settlements during the COVID-19 crisis. We anticipate that we will know by the end of September 2020, whether the settlement will be approved and payment made by the end of this year or by the end of the first quarter of 2021.

It is respectfully requested that the Court set a control date on or about September 30, 2020, for a further report to the Court.

Thank you for your courtesy and consideration.

Very truly yours,

s/

Steven G. Leventhal

cc: Rick Ostrove, Esq., via ECF