***LEEDS BROWN LAW, P.C.***
One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

*Attorneys at Law*

October 28, 2020

*Via ECF*

Honorable Judge Gary R. Brown
United Stated District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Hoey v. County of Nassau**
**12-cv-04935**

Dear Judge Brown:

This office represents the Plaintiff in the above referenced action. Defense counsel has informed us that the settlement was approved by the Nassau County Legislature on September 21, 2020 and that their payment is expected to be made by the end of the year. By electronic order, this Court has previously extended Plaintiff's time to reopen the case until November 16, 2020. Plaintiff requests that the order be extended until January 20, 2021 to ensure that the payment is made and the dispute is concluded.

We thank the Court for its attention to this matter and assistance in resolving the case.

Respectfully submitted,

LEEDS BROWN LAW P.C.

_______s/__________________
RICK OSTROVE

Cc: Opposing Counsel (Via ECF)