***LEEDS BROWN LAW, P.C.***
One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

*Attorneys at Law*

November 16, 2020

*Via ECF*

Honorable Judge Gary R. Brown
United Stated District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Hoey v. County of Nassau**
**12-cv-04935**

Dear Judge Brown:

This office represents the Plaintiff in the above action. On September 19, 2019, the parties conferenced this case and, with the Court's assistance, reached a settlement in principle. A Settlement Agreement was executed on January 15, 2020. Under the terms of the Agreement, the County was to obtain all requisite approvals for the settlement, including consent from the County Executive, Nassau County Legislature, and, if necessary, the Nassau County Interim Finance Authority.

On January 22, 2020, the Court so-ordered a Stipulation of Discontinuance and ordered that the case would be dismissed with prejudice if no requests for an extension were made by July 20, 2020. As of July 17, 2020, the required sign-offs had not been obtained by the County. On that date, the Plaintiff wrote the Court, requesting, *inter alia,* that the Court extend the date by which the case could be reopened. The Court granted the request, extending the time to reopen until November 16, 2020.

On October 28, 2020, the Plaintiff wrote the Court, informing it that the Nassau County Legislature had approved the settlement, but that payment thereunder had still not been made. The Plaintiff requested an extension of time to reopen the case until January 20, 2021, to ensure that payment was made and the dispute was fully concluded. The Court has yet to rule on that request.

Plaintiff has still not received the payment called for under the Settlement Agreement. In light thereof, and in an abundance of caution given that the Court has yet to rule on his pending extension request, the Plaintiff hereby requests that: 1) the case be reopened, or 2) the time to reopen the case be extended until January 20, 2021.

Respectfully submitted,

LEEDS BROWN LAW P.C.

Andrew Costello

Cc: Opposing Counsel (Via ECF)